CA 07-341ML

# United States District Court

DISTRICT OF

Rhode Island

[redacted]

| | | |
|---|---|---|
| ERIC JIRAH KELLEY<br><br>V.<br><br>Gov. Carcieri [redacted] et. al, | ) | Num. [redacted]<br><br>**MOTION FOR MODIFICATION OF THE COURTS INDIGENT ORDER.** |

**Now Comes;** The plaintiff in the above captioned matter pursuant to 28 USC Sec. 1915 (b) (2) and asks that this Honorable Court;

1) **WAIVE ANY AND ALL COURT COSTS.**
2) **ORDER SERVICE OF SUMMONS BY MARSHALLS.**
3) **COPIES OF COMPLAINT PROVIDED BY THE COURT AND SERVED BY THE US MARSHALLS.**

The plaintiff IS indigent [redacted]

[redacted]

Plaintiff has been charged for legal mail and copies of legal documentation (While he was indigent) in violation of Federal indigent protocol and his constitutional rights.

Plaintiff requests a COURT ORDER waiving any charges for mail (legal) or photo copies by the Rhode Island Dept. Of Corrrections.

Respectfully;

Eric Jirah Kelley

Eric Jirah Kelley

Jirah E. Kelley

8/29/07

R.I. Pro se