CA 07-341ML

# UNITED STATES DISTRICT COURT

For
The District of Rhode Island

Jirah Eric Kelley [redacted] ) # [redacted]
)
)
v. )
)
[redacted] )
Gov. Donald Carcieri et.al. )

**PETITIONERS MOTION FOR A PRELIMINARY INJUNCTION, PROTECTIVE ORDER.**

Now comes, the plaintiff in the above matter and requests that this Honorable Court **ORDER** a PROTECTIVE ORDER (Preliminary Injunction) to hinder these defendants from retalitory measures.

These defendants are known for excessive force, police brutality, harassment, egregious misconduct, long placement in segregative confinement absent Due Process just to retaliate for access to the courts.

**MEMORANDUM**

To obtain the extraordinary remedy of a preliminary injunctive relief order, a plaintiff must show that; (1) he will suffer irreparable harm absent the injunction; (2) the injury outweighs the harm to the defendants if granted; (3) he is likely to suceed on the merits of the case, and (4) the injunction does not adversely affect public interest.

See: PLANNED PARENTHOOD V. BELLOTTI 641 F2d. 1006 (1st.Cir.)

WEAVER V. HENDERSON 984 F2d. 11 1993 (1st. Cir.)

Respectfully; Jirah Eric Kelley (Pro Se)
8/29/07