**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JIRAH KELLEY**

**v.** **C.A. No. 07 - 341 ML**

**GOVERNOR CARCIERI, et al.**

# O R D E R

This matter is before the Court on two motions filed by the pro se plaintiff. First, plaintiff seeks a protective order which directs the name defendants from retaliating against him. Plaintiff's motion is **DENIED**. No basis exists, at this time, to issue such an order.

Second, plaintiff filed with the Court a motion seeking to waive all court costs, order service by the U.S. Marshal, and direct the Court staff to photo-copy his Complaint. Said motion is **DENIED**.

First, the Court, contemporaneous with this Order, granted the plaintiff leave to process in forma pauperis pursuant to 28 U.S.C. § 1915. Therefore, waiving the Court costs is unnecessary, and is contrary to § 1915. Second, plaintiff is directed to serve the named defendants with a copy of the Complaint and the necessary waiver of service forms provided by the Clerk on each defendant via interdepartmental mail. Finally, this Court does not ordinarily photocopy Complaints or Answers for either a plaintiff or a defendant.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
Date: 24 Sep 07