Case 1:07-cv-00341-ML-JH Document 5 Filed 09/11/2007 Page 1 of 1

CA 07-341ML

# United States District Court

DISTRICT OF Rhode Island

[redacted]

ERIC JIRAH KELLEY

v.

Gov. Carcieri [redacted] et. al.

Num. [redacted]

MOTION FOR MODIFICATION OF THE COURTS INDIGENT ORDER.

**Now Comes;** The plaintiff in the above captioned matter pursuant to 28 USC Sec. 1915 (b) (2) and asks that this Honorable Court;

1) **WAIVE ANY AND ALL COURT COSTS.**
2) **ORDER SERVICE OF SUMMONS BY MARSHALLS.**
3) **COPIES OF COMPLAINT PROVIDED BY THE COURT AND SERVED BY THE US MARSHALLS.**

The plaintiff IS indigent [redacted]

[redacted]

Plaintiff has been charged for legal mail and copies of legal documentation (While he was indigent) in violation of Federal indigent protocol and his constitutional rights.

Plaintiff requests a COURT ORDER waiving any charges for mail (legal) or photo copies by the Rhode Island Dept. Of Corrrections.

**ORDER**
**Denied, as Moot. The Court Granted Plaintiff's IFP Motion on 09/25/07.**

[signature]
USMJ Oct 18, 07

Respectfully;
Eric Jirah Kelley
Eric Jirah Kelley
Jirah E. Kelley
R.I. Pro se
8/29/07