To: Pro Se Writ Clerk
U.S. District Court
One Exchange Terrace
Courthouse Buiding 119
Providence, R.I. 02903

RECEIVED
DEC 03 2007
Property of U.S. District Court
District of Rhode Island

From: Jirah Eric Kelley (#96357)
Box 8274
ACI Medium
Cranston, R.I.
02920

RE: **MOTION FOR AN INJUNCTIVE (ORDER) AND (ORDER) OF PROTECTION.**

November 27th. 2007

Dear Clerk;

Please find for filing re; KELLEY V. CARCIERI # 07-341 ML Motion For Injunction And PROTECTIVE ORDER.

Pleas **send me a copy of the docket entries in this case.**

CERTIFICATE OF SERVICE

I sent a true copy of the attached Motion to Micheal Grant Esq. by way of interdepartmental legal mail on 11/27/07

Jirah Eric Kelley