UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JIRAH ERIC KELLEY # 1;07-cv-00341-ML-JH

V.

Governor Donald Carcieri et,al.

**PLAINTIFFS MOTION FOR AN INJUCTION VERSE THE DEFT(s) to comply with federally mandated laws for the following;**

1) ALLOWING SEGREGATED INMATES TO HAVE OUTSIDE RECREATION.

2) TO PLACE FIRE ESTINGUISHERS IN EACH CELL.

3) TO PROVIDE TOILETS AND WASHING AREAS IN THE RECREATION AREAS.

These requests are mandated by the Federal goverment and Beauru of Prisons and MUST be complied with by a ORDER.

To deny this request on issues that the countries governing courts and precedent cases have solidified will be a serious breach of justice where-as harm continues on a daily basis and has been on going for (MANY YEARS).

Respectfully;
Jirah Kelley

Certificate of service atatched