UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND.

JIRAH ERIC KELLEY # 1;07-cv-00341-ML-JH

V.

GOVERNER DONALD CARCIERI et, al.
A.T. Wall
Warden Weeden
Warden Boyd
Dr. Poshkus
R.I. Board of Health
R.I. Fire Marshall

**PLAINTIFFS MOTION FOR AN INJUCTION TO PLACE HIM IN A SINGLE CELL.**

**Now Comes,** The Pro se plaintiff and requests that this Honorable Court ORDER that the plaintiff is placed in a single cell.

The defendants have extensive documents that demonstrate that the plaintiff must be placed in a single cell pursuant to the defendants single cell policy.

The plaintiff is;

1) Bisexually (gay).

2) Has a history of assaults on cellmates.

3) Has constantly advised the defendants that he posses the desire to hurt a cellmate.

4) Has serious mental illnesses.

In support are exhibits that prove the plaintiff needs single cell placement and it will be deliberate indifference to plaintiff and any cellmate otherwise.

Respectfully

Jirah Kelley

Certificate of Service attached