AFFIDAVIT OF EDWARD BURTON

I Edward Burton, Here-by depose that I was placed in a double cell with Jirah Kelley for many months.

I was constantly in fear and got no sleep because;

1) Mr. Kelley continually talks about how he was molested as a kid and despises all pedophillas and sexual predators with a passion.

2) His bisexualism and tendencies.

Mr. Kelley showed me mental documents his illnesses and propensity for violence on cell mates.

Mr. Kelley stays up all hours late into sunset and talks to himself and exhibits scary behaviour.

There is no way that the officers could assist me after being assaulted by Mr. Kelley because it is impossible for the officers hear an altercation, many inmates have fallen victim to assaults because they are isolated in cells and unmonitered for hours on end.

R.I.D.O.C. was delibertly indifferent to my safety. and I am seeking legal counsel.

Placing anybody in a cell (seclude) with Jirah Kelley is not negligence, but a thoughout, deliberate dangerous risk to him and others.

Signed: Edward Burton

Edward Burton #ID 124883