# United States District Court

DISTRICT OF

JIRAH ERIC KELLEY
plaintiff

# 07-341ML

v.

**MOTION FOR AN ORDER TO REIMBURSE PLAINTIFF ALL MONIES CHARGED AND ALSO DEBITED FOR PHOTO COPIES.**

GOVERNOR DONAL CARCIERI et, al.
and other defendants

LEGAL

MEMORANDUM

The plaintiff is serving a Massachusetts prison sentence via the Interstate Compact.

Massachusetts inmates are (not) charged for legal photo copies, and Rhode Island (defendants) are bound by the CONTRACT to treat plaintiff as all other Mass. inmates.

All funds charged and debited must be reimbursed.

Plaintiff **REQUESTS AN INJUNCTION.**

Respectfully,
Jirah Kelley

**CERTIFICATE OF SERVICE ATTACHED**