CERTIFICATE OF SERVICE

I, Jirah Kelley (the plaintiff) here-by depose that I sent a true attest copy of the motions; attached

1) INJUNCTION TO COMPLY WITH FEDERAL MANDATES.
2) INJUNCTION FOR SINGLE CELL PLACEMENT.
3) REIMBURSEMENT OF MONIES CHARGED.

To the following lawyers for the defendants;
Kerry King (Deft. Carcieri
Patricia Coyne Fague (Deft. R.I.D.O.C.)
Jay Elias (Dr. Poshkus)

On 12/22/07 by regular mail to Elias, Interdepartmental to Fague and Certified Return Receipt Requested to King.

Truly deposed: Jirah E. Kelley
Jirah Eric Kelley

Dated: 12/22/07

KELLEY V. CARCIERI # 07-341 ML

CERTIFICATE OF
SERVICE.

On __________ I sent a copy of
All INJUNCTIVE MOTIONS for;
single cell placement
Outside recreation, cell fire extinguishers
toilets
Reimbursement of Photo fees
Waiver of all remaining stages of the
litigation

to Jay Elias Esq. Micheal Grant Esq
Counsel for the Governor with a claim
letter and stipulation of dismiss
proposal.

Truly;

________