**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JIRAH ERIC KELLEY** *Plaintiff* | : | |
| **v.** | : | **C.A. No. 07-341ML** |
| **GOVERNOR DONALD CARCIERI; DIRECTOR A.T. WALL; WARDEN JAMES WEEDEN; WARDEN BOYD; DR. MICHAEL POSHKUS; RHODE ISLAND BOARD OF HEALTH; RHODE ISLAND FIRE MARSHALL** *Defendants* | : | |

**OBJECTION OF DEFENDANT MICHAEL POSHKUS TO PLAINTIFF'S MOTION FOR AN INJUNCTION VERSE THE DEFT(S)**

Now comes defendant Michael Poshkus, M.D. and hereby objects to Plaintiff's Motion for an Injunction Verse (sic) the Deft(s). This defendant submits the attached Memorandum of Law in support of his Objection

Defendant, Michael Poshkus, M.D.
By his attorneys,

**RATCLIFFE BURKE HARTEN & ELIAS, LLP**

/s/ Jay M. Elias

Jay M. Elias, Esquire (#3050)
1600 Financial Plaza
Providence, RI 02903
401.331.3400 401.331.3440 [Fax]
E-Mail: jelias@rbhelaw.com

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 8th day of January, 2008, to the following:

***Legal Mail/Confidential***
Mr. Jirah Eric Kelley, ID #96357
Box 8274
ACI Medium
Cranston, RI 02920

/s/ Jay M. Elias

I hereby certify that on this 8th day of January, 2008, the within document was filed electronically through the ECF System, where it is available for viewing and downloading and will be sent electronically to the counsel of record listed below who are registered participants identified on the Notice of Electronic Filing:

Michael B. Grant, Esquire
Department of Corrections
40 Howard Avenue
Cranston, RI 02920

/s/ Jay M. Elias

*Obj to P's Motion for an Injunction Verse the Deft(s)*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JIRAH ERIC KELLEY**<br>*Plaintiff*<br><br>**v.**<br><br>**GOVERNOR DONALD CARCIERI;**<br>**DIRECTOR A.T. WALL;**<br>**WARDEN JAMES WEEDEN;**<br>**WARDEN BOYD;**<br>**DR. MICHAEL POSHKUS;**<br>**RHODE ISLAND BOARD OF HEALTH;**<br>**RHODE ISLAND FIRE MARSHALL**<br>*Defendants* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **C.A. No. 07-341ML** |

**MEMORANDUM IN SUPPORT OF DEFENDANT MICHAEL POSHKUS' OBJECTION TO PLAINTIFF'S MOTION FOR AN INJUNCTION VERSE THE DEFT(S)**

Defendant Michael Poshkus, M.D. hereby submits this Memorandum of Law in Support of his Objection to Plaintiff's Motion for an Injunction Verse (sic) the Deft(s).

**ARGUMENT**

Jirah Eric Kelley (the "Plaintiff") has filed a motion requesting that this Court order the above-named defendants to comply with certain laws, which the Plaintiff alleges are "federally mandated." Specifically, the Plaintiff requests that segregated inmates be allowed to have outside recreation time, fire extinguishers be placed in each cell, and toilets and washing areas be provided in the recreation areas.

In order to obtain preliminary injunctive relief, a party has "the burden of showing (1) a likelihood of success on the merits; (2) that they would suffer irreparable injury if injunctive relief were not issued; (3) that such injury outweighs any harm that would stem from granting

injunctive relief; and (4) that the public interest weighs in their favor." R.I. Dep't of Largess v. Supreme Judicial Court, 373 F.3d 219 (1st Cir. 2004); see also Envtl. Mgmt. v. United States, 304 F.3d 31, 45 (1st Cir. 2002).

In this instant, the Plaintiff is seeking relief that cannot appropriately be granted by this defendant. It is not within the power or the authority of Dr. Poshkus to set prison policy for recreation time, fire extinguishers or washing areas. As a result, this defendant objects to the relief requested.

WHEREFORE, Defendant Michael Poshkus, M.D. respectfully submits that Plaintiff's Motion for an Injunction Verse (sic) the Deft(s) should be denied.

Defendant, Michael Poshkus, M.D.
By his attorneys,

**RATCLIFFE BURKE HARTEN & ELIAS, LLP**

/s/ Jay M. Elias

Jay M. Elias, Esquire (#3050)
1600 Financial Plaza
Providence, RI 02903
401.331.3400 401.331.3440 [Fax]
E-Mail: jelias@rbhelaw.com

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 8th day of January, 2008, to the following:

***Legal Mail/Confidential***
Mr. Jirah Eric Kelley, ID #96357
Box 8274
ACI Medium
Cranston, RI 02920

/s/ Jay M. Elias

I hereby certify that on this 8th day of January, 2008, the within document was filed electronically through the ECF System, where it is available for viewing and downloading and will be sent electronically to the counsel of record listed below who are registered participants identified on the Notice of Electronic Filing:

Michael B. Grant, Esquire
Department of Corrections
40 Howard Avenue
Cranston, RI 02920

/s/ Jay M Elias