**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JIRAH ERIC KELLEY

v. C.A. No. 07-341 ML

GOVERNOR DONALD CARCIERI, et al.

**ORDER**

This matter is before the Court on the motion of the *pro se* plaintiff wherein he seeks an order (denominated as an "injunction," see Dkt. # 14) directing that the Rhode Island Department of Corrections (1) permit segregated inmates to have outside recreation, (2) provide toilets and washing areas in the recreation areas, and (3) place fire extinguishers in each cell. Defendant Michael Poshkus, the only defendant who has entered an appearance in this case, has objected.

After consideration of the motion, and of the objection thereto, plaintiff's motion is **DENIED**. The conditions complained about fail to rise to the level of a constitutional violation or a violation of some other right. Moreover, the Rhode Island Department of Corrections is best suited to make determinations on the matters in which plaintiff complains of in his motion.

Jacob Hagopian
Senior United States Magistrate Judge
Date: 15 Jan 2008