**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JIRAH ERIC KELLEY

v. C.A. No. 07-341 ML

GOVERNOR DONALD CARCIERI, et al.

**ORDER**

This matter is before the Court on the motion of the *pro se* plaintiff wherein he seeks an order (denominated as an "injunction," see Dkt. # 15) directing that the Rhode Island Department of Corrections confine him in a "single cell."

After consideration of the motion, and of the objection thereto, plaintiff's motion is **DENIED**. The Rhode Island Department of Corrections is best suited to make determinations on the matters in which plaintiff complains of in his motion.

J Hagopian

Jacob Hagopian
Senior United States Magistrate Judge
Date: 15 Jan 2008