**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JIRAH ERIC KELLEY** | : | |
| ***Plaintiff*** | : | |
| | : | |
| **v.** | : | **C.A. No. 07-341ML** |
| | : | |
| **GOVERNOR DONALD CARCIERI;** | : | |
| **DIRECTOR A.T. WALL;** | : | |
| **WARDEN JAMES WEEDEN;** | : | |
| **WARDEN BOYD;** | : | |
| **DR. MICHAEL POSHKUS;** | : | |
| **RHODE ISLAND BOARD OF HEALTH;** | : | |
| **RHODE ISLAND FIRE MARSHALL** | : | |
| ***Defendants*** | | |

**DEFENDANT MICHAEL POSHKUS M.D.'S MOTION TO COMPEL PLAINTIFF'S RESPONSE TO PRODUCTION**

Now comes Defendant Michael Poshkus, M.D. and hereby moves this Honorable Court, pursuant to Rule 37 of the Federal Rules of Civil Procedure, for entry of a twenty (20) day Order compelling Plaintiff Jirah Eric Kelley to respond to defendant's Request for Production of Documents propounded on October 10, 2007. To date, no response has been received.

Defendant, Michael Poshkus, M.D.
By his attorneys,

**RATCLIFFE BURKE HARTEN & ELIAS, LLP**

/s/ Jay M Elias

Jay M. Elias, Esquire (#3050)
1600 Financial Plaza
Providence, RI 02903
401.331.3400 401.331.3440 [Fax]
E-Mail: jelias@rbhelaw.com

**CERTIFICATION OF GOOD FAITH**

Please be advised that the undersigned counsel for the defendant has conferred with the plaintiff in a good faith attempt to resolve the above-mentioned dispute prior to filing of the instant motion and that said parties are unable to resolve same.

/s/ Jay M. Elias

Jay M. Elias, Esquire (#3050)

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 17th day of January, 2008, to the following:

***Legal Mail/Confidential***

Mr. Jirah Eric Kelley, ID #96357
Box 8274
ACI Medium
Cranston, RI 02920

/s/ Jay M. Elias

I hereby certify that on this 17th day of January, 2008, the within document was filed electronically through the ECF System, where it is available for viewing and downloading and will be sent electronically to the counsel of record listed below who are registered participants identified on the Notice of Electronic Filing:

Michael B. Grant, Esquire
Department of Corrections
40 Howard Avenue
Cranston, RI 02920

/s/ Jay M. Elias

*MTC RTP*