**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JIRAH ERIC KELLEY

v. C.A. No. 07-341 ML

GOVERNOR DONALD CARCIERI, et al.

# ORDER

This matter is before the Court on two motions filed by the *pro se* plaintiff. In his first motion, plaintiff seeks to be reimbursed his costs associated in the prosecution of this action. Said motion is **denied**. Plaintiff, may, however, file a motion for reimbursement of costs at the conclusion of the case if he is the prevailing party. See Fed. R. Civ. P. 54(d).

Second, plaintiff seeks to an order (denominated as an "injunction") that permits him to assist other inmates in the capacity as a "jail-house lawyer." See Dkt # 13. Said motion is **denied**. Plaintiff admits that he has access to the law library in his motion and, more importantly, so called "jail-house lawyers" do not have a right to assist other inmates. Munz v. Nix, 908 F.2d 267, 268 n. 3 (8th Cir. 1990).

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
January 29, 2008