**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JIRAH ERIC KELLEY

v. C.A. No. 07-341 ML

GOVERNOR DONALD CARCIERI, et al.

**ORDER**

This matter is before the Court on the motion of the *pro se* plaintiff wherein he seeks a "protective order." After consideration of the motion, and of the objection thereto, plaintiff's motion is **DENIED**. Nothing has been presented which would justify the issuance of a protective order.

IT IS SO ORDERED.

Jacob Hagopian
Senior United States Magistrate Judge
Date: 5 Feb 08