# United States District Court

DISTRICT OF

JIRAH ERIC KELLEY
(plaintiff)

V.

GOVERNOR DONALD CARCIERI
DIRECTOR A.T. WALL
WARDEN JAMES WEEDEN
WARDEN BOYD
DR. MICHEAL POSHKUS
RHODE ISLAND BOARD OF HEALTH
RHODE ISLAND FIRE MARSHALL
(defendants)

# 07-341-ML

PLAINTIFFS MOTION FOR DEFAULT & SUMMARY JUDGEMENT AS A RESULT OF THE DEFAULT.

Now Comes the plaintiff in the above captioned matter and respectfully requests that this Honorable Court ENTER A DEFAULT AND JUDGEMENT BY DEFAULT verse all defendants **except** Defendant (Poshkus), who is the only defendant to appear and offer any responcive pleadings.

Plaintiff bringsforth this motion pursuant to **F.R.Civ.P. 55 (a) (b)**.

The plaintiff served waiver of summons to all defendants, who acknowledged pending litigatigation, and counsel for defendant Poshkus has served copies and pleadings on the co-defendants.

There remains no excusable neglect, and a a default judgement after such an excessive failure to defend is mandated by the U.S. Supreame Court.

Respectfully;

Jirah Kelley
2/5/08

To: Pro Se Writ Clerk
for: Judge Jacob Hagopin
from: Jirah Kelley
Re: Kelley v. Carcieri
Default Motion.

2/5/08

Dear Clerk;

After consulting Judge Hagopin please lodge a default verse Carcieri, A.t. wall, Boyd, weeden, R.I. Board of Health, R.I. fire Marshall

Truly: Jirah Kelley

Money charge Slip Proof I sent this to the court

Certificate of Service

I served a true attested copy of the motion for default on all defendants on 2/5/08 by regular mail. Jirah Kelley 2/5/08