UNITED STATES DISTRIC COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JIRAH ERIC KELLEY<br>Pro Se Plaintiff<br><br>v.<br><br>GOVERNOR CARCIERI<br>DIRECTOR A.T. WALL<br>WARDEN WEEDEN<br>WARDEN BOYD<br>DR. POSHKUS<br>R.I. BOARD OF HEALTH<br>R.I. FIRE MARSHALL | ] | # 1;07-cv-00341-ML-JH<br>Plaintiffs Motion To Waive All The Remaining stages of the litigation and to obtain a set 2008 Trial date. |

Now Comes, The plaintiff and requests that this Honorable Court to WAIVE ALL REMAINING STAGES OF LITIGATION AND SCHEDULE A TRIAL DATE. (2008).

The issues involving this case have been litigated for over 29 years. There is extensive, volumous documentation, evidence, discovery, and exhibits that pose way more than enough stock for trial purposes.

The defendants continued non-compliance and continous contempt that brings this mater before the court over and over and over again warrants trial for a **Final Disposition.**

Respectfully;
Jirah E. Kelley

**CERTIFICATE OF SERVICE**

I sent a copy of this pleading to Atty. Grant for (DOC) on; 2/27/08 by in house prison mail.

And regular mail with money charge slip as proof to: Atty. McIntyre (Board of Health) State fire marshall 118 Parade St, Att: Legal Div. Atty. Kerry King for the Governor Carcieri