TO: Pro se Writ Clerk
from: Jirah Kelley (Pro se) #96357
Box 8274
ACI medium one
Cranston, R.I. 02920

RECEIVED
MAR 06 2008
Property of U.S. District Court
District of Rhode Island

Re: filing of Motion enclosed.

2/27/08

Dear clerk & Justice Hagopian

please file and rule on the enclosed motion. Justice Hagopian, Please be advised that Judge Edward Harrington of the USDC of mass. 1st.Cir. set precedent when he ruled that a plaintiff can forgo pretrial stages. You can get the actual ruling from Atty. Heidi Handler for Mass. D.O.C. (617) 727-3300 ext. 147

Thank you for your anticipated judicial ethics.

"Justice delayed is justice denied"

Jirah Kelley (Pro se)

Sent via a money charge slip for verified mail purpose.