**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JIRAH ERIC KELLEY** *Plaintiff* | : | |
| | : | |
| **v.** | : | **C.A. No. 07-341ML** |
| | : | |
| **GOVERNOR DONALD CARCIERI;** | : | |
| **DIRECTOR A.T. WALL;** | : | |
| **WARDEN JAMES WEEDEN;** | : | |
| **WARDEN BOYD;** | : | |
| **DR. MICHAEL POSHKUS;** | : | |
| **RHODE ISLAND BOARD OF HEALTH;** | : | |
| **RHODE ISLAND FIRE MARSHALL** *Defendants* | : | |

**OBJECTION OF DEFENDANT DR. MICHAEL POSHKUS TO PLAINTIFF'S MOTION TO WAIVE ALL THE REMAINING STAGES OF THE LITIGATION AND TO OBTAIN A SET 2008 TRIAL DATE**

Now comes defendant Dr. Michael Poshkus and hereby objects to Plaintiff's Motion to Waive All the Remaining Stages of the Litigation and To Obtain a Set 2008 Trial Date. This defendant submits the attached Memorandum of Law in support of his Objection.

Defendant, Michael Poshkus, M.D.
By his attorneys,

**RATCLIFFE BURKE HARTEN & ELIAS, LLP**

/s/ Jay M. Elias

Jay M. Elias, Esquire (#3050)
1600 Financial Plaza
Providence, RI 02903
401.331.3400 401.331.3440 [Fax]
E-Mail: jelias@rbhelaw.com

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 12th day of March, 2008, to the following:

***Legal Mail/Confidential***
Mr. Jirah Eric Kelley, ID #96357
Box 8274
ACI Medium
Cranston, RI 02920

/s/ Jay M. Elias

_Obj. to P.'s Motion to Waive All Remaining Stages of Litigation_

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JIRAH ERIC KELLEY** *Plaintiff* | : | |
| **v.** | : | **C.A. No. 07-341ML** |
| **GOVERNOR DONALD CARCIERI; DIRECTOR A.T. WALL; WARDEN JAMES WEEDEN; WARDEN BOYD; DR. MICHAEL POSHKUS; RHODE ISLAND BOARD OF HEALTH; RHODE ISLAND FIRE MARSHALL** *Defendants* | : | |

**MEMORANDUM IN SUPPORT OF DEFENDANT DR. MICHAEL POSHKUS' OBJECTION TO PLAINTIFF'S MOTION TO WAIVE ALL THE REMAINING STAGES OF THE LITIGATION AND TO OBTAIN A SET 2008 TRIAL DATE**

Defendant Dr Michael Poshkus hereby submits this Memorandum of Law in Support of his Objection to Plaintiff's Motion to Waive All the Remaining Stages of the Litigation and To Obtain a Set 2008 Trial Date

**ARGUMENT**

Jirah Eric Kelley ("Plaintiff") has filed a motion requesting that this Court issue an order waiving all remaining stages of litigation and scheduling a 2008 trial date. In support thereof, Plaintiff alleges that the issues involving this case have been litigated for over twenty-nine years and there are "extensive, volumous (sic) documentation, evidence, discovery, and exhibits that pose way more than enough stock for trial purposes." The Plaintiff also avers that the "defendants continued non-compliance and continuous contempt that brings this matter before the court over and over and over again warrants trial for Final Disposition."

The Plaintiff's allegations are wholly unsupported with respect to Dr. Poshkus This matter was initiated when the Plaintiff filed a Complaint on September 11, 2007. This was approximately six months ago, not twenty-nine years ago. Any matter respecting the Plaintiff's alleged claims against Dr. Poshkus has not yet been litigated.

Furthermore, from this defendant's perspective, there is certainly not extensive documentation or discovery on which to proceed to trial. While Dr. Poshkus has timely responded to Plaintiff's discovery requests; the Plaintiff has failed to do the same. The Plaintiff has not yet responded to this defendant's Request for Production and has responded to only nine of the propounded Interrogatories. The limited responses offered by the Plaintiff were for the most part non-responsive. As such, this defendant filed three motions to compel, which were granted by the Court. Pursuant to Court order, Plaintiff's discovery responses were due to this defendant on March 4, 2008. These responses have not yet been provided. Dr. Poshkus would clearly be disadvantaged if he were required to proceed to trial without knowing the factual basis of the Plaintiff's allegations against him.

The Plaintiff's final vague allegation of non-compliance and contempt is similarly baseless. Though it is unclear what precisely the Plaintiff is referring to, it is certain that with respect to the matter before the Court, Dr. Poshkus has in no way failed to comply with any Court order or acted in any way contemptuous.

Thus, with respect to Dr. Poshkus, Plaintiff's allegations are completely unsupported by the facts. Moreover, there is no legal basis for his motion. As a result, this defendant objects to the relief requested.

WHEREFORE, defendant Dr Michael Poshkus respectfully submits that Plaintiff's Motion to Waive All the Remaining Stages of the Litigation and To Obtain a Set 2008 Trial Date should be denied.

Defendant, Michael Poshkus, M.D.
By his attorneys,

**RATCLIFFE BURKE HARTEN & ELIAS, LLP**

/s/ Jay M. Elias

Jay M. Elias, Esquire (#3050)
1600 Financial Plaza
Providence, RI 02903
401 331 3400 401 331 3440 [Fax]
E-Mail: jelias@rbhelaw.com

## CERTIFICATION

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 12th day of March, 2008, to the following:

***Legal Mail/Confidential***
Mr. Jirah Eric Kelley, ID #96357
Box 8274
ACI Medium
Cranston, RI 02920

/s/ Jay M. Elias