**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JIRAH ERIC KELLEY**

**V.** **C.A. NO. 07- 341 ML**

**GOVERNOR DONALD CARCIERI**

**<u>O R D E R</u>**

This matter is before the Court on the motion of plaintiff for the entry of default and default judgement against "all defendants except [] Poshkus []." <u>See</u> Dkt. #27. Said motion is **DENIED**. Plaintiff does not appear to have properly served the defendants.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
March 18, 2008