**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JIRAH ERIC KELLEY**

**V.** **C.A. NO. 07- 341 ML**

**GOVERNOR DONALD CARCIERI**

**ORDER**

This matter is before the Court on the motion of plaintiff to waive "all the remaining stages of the litigation and to obtain a set 2008 trial date." See Dkt. #28. Defendant Poshkus has objected, asserting that the plaintiff's motion has no basis in law or fact. I agree. Accordingly, plaintiff's motion is **DENIED**.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
March 18, 2008