USDC RI

Kelley
v.
Carcieri

Motion for Extension of Time as TO ORDER of Compliance with Discovery

The plaintiff received deft. (Poshkus) ~~order~~ opposition to the motion TO waive Remaining stages, in it, it states that the court ordered compliance with Discovery by "March 4 2008 this plaintiff never received that order. further it is impossible to comply with any discovery because the D.O.C. Property officer Frank vessella is unlawfully witholding and has confiscated plaintiffs legal documents including the Discovery requests and any & all discovery documents. (see injunction motion ~~affidav~~ enclosed)

Truly Jinah Kelley
3/13/08