UNITED STATES DISTRIC COURT
DISTRICT OF RHODE ISLAND

JIRAH ERIC KELLEY
Pro Se Plaintiff

v.

GOVERNOR CARCIERI
DIRECTOR A.T. WALL
WARDEN WEEDEN
WARDEN BOYD
DR. POSHKUS
R.I. BOARD OF HEALTH
R.I. FIRE MARSHALL

# 1;07-cv-00341-ML-JH

Plaintiffs Request for an injunction verse Deft. Boyd to comply with the Constitutional mandates governing segregative confinement and a ORDER allowing joinder affidavits.

Now comes the plaintiff and request that this Honorable Court ORDER the deft. A.t. wall and warden Boyd to allow him to obtain joinder plaintiff (affidavits) from other inmates in the segregation to support the potential for a class Action against these defendants because of the unconstitutional, violative Conditions of confinement in deft. Boyds Segregation unit. This order will prohibit deft. Boyd from seeking punative disciplinary for inciting others or encouraging a group demonstration. Plaintiff has been threatneed by Deputy Kaysak regarding joinder signatures

Pg #2 (Injunction & Segregation, Affidavits)

The violative Conditions
In Segregation
are but not
limited to;

1) no hot water in the showers. the freezing cold water is cruel & unusual punishment inmates go unshowered for weeks and months on end.

2) No ventilation, the air ducts do not suck in air, others do not discharge air.

3) No law library access to the courts. The (few) ~~b~~ law books in segregation are grossly old and out dated. There is no way to do research. A inmate law clerk can not read & do anothers research. In the massachusetts jurisdiction and all other Prisons, inmates are cuffed and bought to the law library to ~~poost~~ protect their right to court access. This plaintiff has a Pro se criminal appeal and 3 civil suits currently Pending.

Respectfully
Jinah Kelley (Pro se)