Dear clerk please send me the docket entry and notify the court
3/13/08

I never received an ORDER about complying with discovery If there is one please send it to me.

see extension motion enclosed.

Dear clerk,
Please file attached motions for Injunctions and extension for ORDER →
Kelley
v.
Carcieri
# 07-341 ML

Jinah Kelley
3/13/08
Box 8274
ACI
Cranston R.I.
02920

Certificate of Service

All Injunctive motions enclosed were sent as notice to Atty. Elias for defendant on 3/13/08

Jinah Kelley
3/13/08