United States
District Court
for the Dist. of R.I.

Kelley
v.
Carcieri

Motion for
Extension of
time to serve
all defendants
accept apearing
Dr. Poshkus

Now comes, the plaintiff and states that he never received the Summons and/or U.S. marshall service papers in this matter.

The institutional mail Log for Legal mail may support that.

Plaintiffs request that summons are sent to him, And a reasonable time is ordered for service of Process.

Jinah E. Kelley (Pro se)
Box 8274
Cranston, R.I.
02920
3/20/08

FILED

certificate of
service
I send by regular mail on 3/20/08 these documents Jinah Kelley

U.S. District Court
Dist. Of R.I.

Kelley
v.
Carcieri

\# 07-341 ML

# Affidavit Of Jirah Kelley.

1) I Jirah Kelley, here-by depose that I never received summons from the court for Process Service.

2) I do believe that the defendants are disregarding my legal mail, where-as the Suffolk Superior Court mail, and letters from 2 attornies have also be thwarted, hampered, disregarded.

3/20/08

Truthfully Deposed
Jirah E. Kelley (Pro se)
Box 8274
Cranston, R.I.
02920