RECEIVED
MAR 24 2008
Property of U.S. District Court
District of Rhode Island

To: Pro Se Writ Clerk
for: Senior Magistrate Hagopian

from: Jirah Eric Kelley (Pro se)
Box 8274 (ACI med. 1 Seg. #6)
Cranston, R.I.
02920

Re:
Kelley v. Carcieri USDC
#07-341 ML

3/~~19~~ 20/08

Dear Clerk;
I filed a motion for Summary Judgement by (Default)
(the Judge asserts that the defendants "were not properly served"
I never received any summons to make ~~serv~~ service. Please send me the summons and a copy of the docket entry* indicating that you sent me (more) (any) summons per. this letter attached for filing motion for extension of time & a affidavit in support
Thank you for your professionalism.
Eric J. Kelley EJK

* the entire docket entry.