**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JIRAH ERIC KELLEY**<br>*Plaintiff*<br><br>**v.**<br><br>**GOVERNOR DONALD CARCIERI;**<br>**DIRECTOR A.T. WALL;**<br>**WARDEN JAMES WEEDEN;**<br>**WARDEN BOYD;**<br>**DR. MICHAEL POSHKUS;**<br>**RHODE ISLAND BOARD OF HEALTH;**<br>**RHODE ISLAND FIRE MARSHALL**<br>*Defendants* | : | **C.A. No. 07-341ML** |

**DEFENDANT MICHAEL POSHKUS M.D.'S MOTION TO DISMISS**

Now comes defendant Michael Poshkus, M.D. and, pursuant to Federal Rule of Civil Procedure 12(b)(5), hereby moves to dismiss the plaintiff's Complaint.

The basis of this Motion to Dismiss is the plaintiff's failure to properly effectuate service of the Summons and Complaint on this defendant within one-hundred and twenty (120) days after the Complaint was filed with this Court, as required by Federal Rule of Civil Procedure 4(m). This defendant submits the attached memorandum of law in support of this motion.

Respectfully Submitted,

Defendant, Michael Poshkus, M.D.
By his attorneys,

**RATCLIFFE BURKE HARTEN & ELIAS, LLP**

/s/ Jay M. Elias

Jay M. Elias, Esquire (#3050)
1600 Financial Plaza
Providence, RI 02903
401.331.3400 401.331.3440 [Fax]
E-Mail: jelias@rbhelaw.com

**NEED FOR HEARING**

The undersigned does not request an oral argument and/or evidentiary hearing.

/s/ Jay M. Elias

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 25th day of March, 2008, to the following:

***Legal Mail/Confidential***

Mr. Jirah Eric Kelley, ID #96357
Box 8274
ACI Medium
Cranston, RI 02920

/s/ Jay M. Elias

*Motion to Dismiss*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JIRAH ERIC KELLEY** | : | |
| ***Plaintiff*** | : | |
| | : | |
| **v.** | : | **C.A. No. 07-341ML** |
| | : | |
| **GOVERNOR DONALD CARCIERI;** | : | |
| **DIRECTOR A.T. WALL;** | : | |
| **WARDEN JAMES WEEDEN;** | : | |
| **WARDEN BOYD;** | : | |
| **DR. MICHAEL POSHKUS;** | : | |
| **RHODE ISLAND BOARD OF HEALTH;** | : | |
| **RHODE ISLAND FIRE MARSHALL** | : | |
| ***Defendants*** | | |

**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT MICHAEL POSHKUS M.D.'S MOTION TO DISMISS**

This Memorandum of Law is submitted in support of the Motion to Dismiss of defendant Michael Poshkus, M.D. Said Motion is filed pursuant to Federal Rule of Civil Procedure 12(b)(5). Defendant Poshkus seeks the immediate dismissal of the Complaint, based upon the plaintiff's failure to effectuate service of the Summons and Complaint upon him within one-hundred and twenty (120) days after the Complaint was filed, as required by Federal Rule of Civil Procedure 4(m).

**FACTS AND TRAVEL**

On September 11, 2007, the plaintiff, Jirah Eric Kelley, commenced this civil action by filing a Complaint with the United States District Court for the District of Rhode Island. Michael Poshkus, M.D. was named as one of several defendants in this action; however, Dr. Poshkus was never properly served with the Complaint or any Summons. Dr. Poshkus never

received any Waiver of Service in connection with this matter, either. Nonetheless, Dr. Poshkus did become aware of this matter and, on September 25, 2007, an Answer was filed on his behalf. In his Answer, Dr. Poshkus asserted as his Thirteenth Defense the affirmative defense of insufficient service of process.

More than one-hundred and twenty days have passed since the commencement of this action and Dr. Poshkus has still not been served with the Complaint or Summons; nor has this defendant received any request for Waiver of Service.

**ARGUMENT**

Rule 12(b)(5) provides that the defense of insufficient service of process may be raised in a motion to dismiss. *See* Fed. R. Civ. P. 12(b)(5). The standards governing valid service of a summons and complaint can be found in Rule 4(m), which provides, in pertinent part:

> "If a defendant is not served within 120 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m).

In accordance with Rule 4(m), the Court may dismiss a complaint that is not timely served upon a defendant, provided that good cause is not shown by the plaintiff for the delay. In this instant, the plaintiff clearly did not effectuate service of the Summons or Complaint within the 120 day time period prescribed by Rule 4(m). Further, there is absolutely no evidence that any good cause exists for the plaintiff's failure to serve Dr. Poshkus within the required time period.

Accordingly, for the reasons set forth herein, defendant Dr. Michael Poshkus respectfully requests that this Court grant this motion and enter an Order dismissing the plaintiff's Complaint.

Defendant, Dr. Michael Poshkus
By his attorneys,

**RATCLIFFE BURKE HARTEN & ELIAS, LLP**

/s/ Jay M. Elias

Jay M. Elias, Esquire (#3050)
1600 Financial Plaza
Providence, RI 02903
401.331.3400 401.331.3440 [Fax]
E-Mail: jelias@rbhelaw.com

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 25th day of March, 2008, to the following:

***Legal Mail/Confidential***

Mr. Jirah Eric Kelley, ID #96357
Box 8274
ACI Medium
Cranston, RI 02920

/s/ Jay M. Elias