USDC for R.I.

Kelley
V.
Carcieri

# 07-341ML

Motion to extend Order to comply with discovery.

The plaintiff (NEVER) received an Order from the court compelling him to furnish discovery by 3/4/08 and Legal mail Logs will prove that.

Frank vessela the property officer for the R.I.D.O.C. has confisated and refuses to return the plaintiffs legal documents making it (impossible) for plaintiff to comply and present (any) discovery documents. Plaintiff asks for an extension of time until Atty. Elias submits a affidavit to the court that (vessela) gave plaintiff his legal documents.

Jinah Kelley
3/18/08

cert. of service on cover letter to clerk

TO: Clerk (Pro se Writ) for
Magistrate Hagopian

from: Jiran Kelley (Pro se) ID 96357
Box 8274 ACI Segregation #6
Cranston, R.I. 02920

Re: Amendment of complaint
For Filing.
Kelley v. Carcieri
#07-341ML

Dear clerk Please find attached
Amendment of complaint and
relevant pleadings. (7 pages)
and motion for extension of
time to comply with discovery
order to compel for filing.

Jirah E. Kelley
3/18/08

Certificate of
Service motion to extend
and amend went to Atty. Elias for (1st class mail)
deft. Poshkus on 3/18/08
and Interdepartmental on
Haines v. Kerner> 3/18/08 to fague Esq.
for R.I.D.O.C. J.E.K. 3/18/08
Jirah Kelley