**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JIRAH ERIC KELLEY** *Plaintiff* | : | |
| **v.** | : | **C.A. No. 07-341ML** |
| **GOVERNOR DONALD CARCIERI; DIRECTOR A.T. WALL; WARDEN JAMES WEEDEN; WARDEN BOYD; DR. MICHAEL POSHKUS; RHODE ISLAND BOARD OF HEALTH; RHODE ISLAND FIRE MARSHALL** *Defendants* | : | |

**OBJECTION OF DEFENDANT DR. MICHAEL POSHKUS TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME AS TO ORDER OF COMPLIANCE WITH DISCOVERY**

Now comes defendant Dr. Michael Poshkus and hereby objects to Plaintiff's Motion for Extension of Time as to Order of Compliance with Discovery. This defendant submits the attached Memorandum of Law in support of his Objection. This Objection is filed solely to protect Dr. Poshkus' interests, if any, in this matter. This defendant has filed a Motion to Dismiss for the plaintiff's failure to timely serve the summons and Complaint.

Defendant, Michael Poshkus, M.D.
By his attorneys,

**RATCLIFFE BURKE HARTEN & ELIAS, LLP**

/s/ Jay M. Elias

Jay M. Elias, Esquire (#3050)
1600 Financial Plaza
Providence, RI 02903
401.331.3400 401.331.3440 [Fax]
E-Mail: jelias@rbhelaw.com

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 28th day of March, 2008, to the following:

***Legal Mail/Confidential***
Mr. Jirah Eric Kelley, ID #96357
Box 8274
ACI Medium
Cranston, RI 02920

/s/ Jay M. Elias

*Obj to P's Motion for an Extension of Time*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JIRAH ERIC KELLEY** *Plaintiff* | : | |
| | : | |
| **v.** | : | **C.A. No. 07-341ML** |
| | : | |
| **GOVERNOR DONALD CARCIERI;** | : | |
| **DIRECTOR A.T. WALL;** | : | |
| **WARDEN JAMES WEEDEN;** | : | |
| **WARDEN BOYD;** | : | |
| **DR. MICHAEL POSHKUS;** | : | |
| **RHODE ISLAND BOARD OF HEALTH;** | : | |
| **RHODE ISLAND FIRE MARSHALL** | : | |
| *Defendants* | | |

**MEMORANDUM IN SUPPORT OF DEFENDANT DR. MICHAEL POSHKUS' OBJECTION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME AS TO ORDER OF COMPLIANCE WITH DISCOVERY**

Defendant Dr. Michael Poshkus hereby submits this Memorandum of Law in Support of his Objection to Plaintiff's Motion for Extension of Time as to Order of Compliance with Discovery. The underlying Objection is filed solely to protect Dr. Poshkus' interests, if any, in this matter. This defendant has filed a Motion to Dismiss for the plaintiff's failure to timely serve the summons and Complaint.

**ARGUMENT**

Jirah Eric Kelley (the "Plaintiff") has filed a motion requesting that this Court grant him an extension of time to comply with this defendant's discovery requests. The Plaintiff alleges that he did not receive the Court's order, which required him to so comply by March 4, 2008. He also contends that his legal documents have been unlawfully confiscated. This defendant has no knowledge as to the truth of Plaintiff's allegations; however, it is clear that the Plaintiff has been provided more than enough time and opportunity to comply with the discovery requests.

This defendant propounded Interrogatories and a Request for Production on the Plaintiff on October 10, 2007. The Plaintiff answered interrogatories numbered 1 though 9; however, these responses were insufficient. The Plaintiff has never responded to the remaining interrogatories, nor has he offered any response to the Request for Production. This defendant sent Plaintiff a good faith letter with a draft Motion to Compel Response to Production, Motion to Compel Answers to Interrogatories, and Motion to Compel More Responsive Answers to Interrogatories on January 2, 2008. This defendant afforded Plaintiff two weeks to respond to this letter; however, he failed to do so. The above motions were filed and granted by the Court. The Plaintiff did not timely comply with this Order. The Plaintiff has had over five months to respond to this defendant's discovery requests.

WHEREFORE, Defendant Dr. Michael Poshkus respectfully submits that Plaintiff's Motion for Extension of Time as to Order of Compliance with Discovery should be denied.

Defendant, Michael Poshkus, M.D.

By his attorneys,

**RATCLIFFE BURKE HARTEN & ELIAS, LLP**

/s/ Jay M. Elias

Jay M. Elias, Esquire (#3050)
1600 Financial Plaza
Providence, RI 02903
401.331.3400 401.331.3440 [Fax]
E-Mail: jelias@rbhelaw.com

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 28th day of March, 2008, to the following:

***Legal Mail/Confidential***
Mr. Jirah Eric Kelley, ID #96357
Box 8274
ACI Medium
Cranston, RI 02920

/s/ Jay M. Elias