**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JIRAH ERIC KELLEY**<br>*Plaintiff*<br><br>**v.**<br><br>**GOVERNOR DONALD CARCIERI;**<br>**DIRECTOR A.T. WALL;**<br>**WARDEN JAMES WEEDEN;**<br>**WARDEN BOYD;**<br>**DR. MICHAEL POSHKUS;**<br>**RHODE ISLAND BOARD OF HEALTH;**<br>**RHODE ISLAND FIRE MARSHALL**<br>*Defendants* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **C.A. No. 07-341ML** |

**OBJECTION OF DEFENDANT DR. MICHAEL POSHKUS TO PLAINTIFF'S MOTION FOR AMENDMENT OF COMPLAINT ADDING NEW DEFENDANTS, NEW CLAIMS AND EXTENDED PRAYER FOR RELIEF VERSE (sic) BOYD AND POSHKUS IN THEIR PERSONAL CAPACITIES**

Now comes defendant Dr. Michael Poshkus and hereby objects to Plaintiff's Motion for Amendment of Complaint Adding New Defendants, New Claims and Extended Prayer for Relief Verse (sic) Boyd and Poshkus in their Personal Capacities. This defendant submits the attached Memorandum of Law in support of his Objection. This Objection is filed solely to protect Dr. Poshkus' interests, if any, in this matter. This defendant has filed a Motion to Dismiss for the plaintiff's failure to timely serve the summons and Complaint.

Defendant, Michael Poshkus, M.D.
By his attorneys,

**RATCLIFFE BURKE HARTEN & ELIAS, LLP**

/s/ Jay M. Elias

Jay M. Elias, Esquire (#3050)
1600 Financial Plaza
Providence, RI 02903
401.331.3400 401.331.3440 [Fax]
E-Mail: jelias@rbhelaw.com

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 28th day of March, 2008, to the following:

***Legal Mail/Confidential***
Mr. Jirah Eric Kelley, ID #96357
Box 8274
ACI Medium
Cranston, RI 02920

/s/ Jay M. Elias

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **JIRAH ERIC KELLEY** *Plaintiff* | : | |
| **v.** | : | **C.A. No. 07-341ML** |
| **GOVERNOR DONALD CARCIERI; DIRECTOR A.T. WALL; WARDEN JAMES WEEDEN; WARDEN BOYD; DR. MICHAEL POSHKUS; RHODE ISLAND BOARD OF HEALTH; RHODE ISLAND FIRE MARSHALL** *Defendants* | : | |

**MEMORANDUM IN SUPPORT OF DEFENDANT DR. MICHAEL POSHKUS' OBJECTION TO PLAINTIFF'S MOTION FOR AMENDMENT OF COMPLAINT ADDING NEW DEFENDANTS, NEW CLAIMS AND EXTENDED PRAYER FOR RELIEF VERSE (sic) BOYD AND POSHKUS IN THEIR PERSONAL CAPACITIES**

Defendant Dr. Michael Poshkus hereby submits this Memorandum of Law in Support of his Objection to Plaintiff's Motion for Amendment of Complaint Adding New Defendants, New Claims and Extended Prayer for Relief Verse (sic) Boyd and Poshkus in their Personal Capacities. The underlying Objection is filed solely to protect Dr. Poshkus' interests, if any, in this matter. This defendant has filed a Motion to Dismiss for the plaintiff's failure to timely serve the summons and Complaint.

**ARGUMENT**

Jirah Eric Kelley (the "Plaintiff") has filed a motion requesting that this Court allow him to amend the Complaint in a variety of respects, including adding new defendants and claims. In particular, this defendant objects to Plaintiff's request to amend the Complaint in order to name this defendant in his personal capacity.

Rule 15 provides that once a responsive pleading has been filed, a plaintiff may only amend a complaint by obtaining the opposing party's written consent or by leave of court. See Fed. R. Civ. P. 15(a)(2). This Court has previously addressed a plaintiff's ability to amend a complaint, in order to name a defendant in their personal capacity. See Charron v. Picano, 811 F. Supp 768 (D.R.I. 1993). In Charron, the Court found that although Rule 15 states that leave to amend should freely be granted, there are a variety of factors that preclude permission to amend. Id. at 773. The Court cited to various factors, which had been set forth by the United States Supreme Court. The factors included: "undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment." Id. (quoting Foman v. Davis, 371 U.S. 178 (1962)).

In this case, any amendment to the Complaint would be futile as this defendant was never properly served with the summons or Complaint. As stated above, this defendant has filed a Motion to Dismiss, as a result of this failure to timely serve. Further, it appears that none of the other named defendants were properly served. See Order Denying Plaintiff's Motion for the Entry of Default and Default Judgment, dated March 18, 2008. In addition, there is no factual or legal justification for the Plaintiff naming Dr. Poshkus in his personal or individual capacity. The Plaintiff's allegations against Dr. Poshkus simply do not support the proposed amendment. This defendant would be unfairly prejudiced, were Plaintiff's motion to be granted.

WHEREFORE, Defendant Dr. Michael Poshkus respectfully submits that Plaintiff's Motion for Amendment of Complaint Adding New Defendants, New Claims and Extended Prayer for Relief Verse (sic) Boyd and Poshkus in their Personal Capacities should be denied.

Defendant, Michael Poshkus, M.D.
By his attorneys,

**RATCLIFFE BURKE HARTEN & ELIAS, LLP**

/s/ Jay M. Elias

Jay M. Elias, Esquire (#3050)
1600 Financial Plaza
Providence, RI 02903
401.331.3400 401.331.3440 [Fax]
E-Mail: jelias@rbhelaw.com

## CERTIFICATION

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 28th day of March, 2008, to the following:

***Legal Mail/Confidential***
Mr. Jirah Eric Kelley, ID #96357
Box 8274
ACI Medium
Cranston, RI 02920

/s/ Jay M. Elias