UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **JIRAH ERIC KELLEY**<br>*Plaintiff*<br><br>v.<br><br>**GOVERNOR DONALD CARCIERI;**<br>**DIRECTOR A.T. WALL;**<br>**WARDEN JAMES WEEDEN;**<br>**WARDEN BOYD;**<br>**DR. MICHAEL POSHKUS;**<br>**RHODE ISLAND BOARD OF HEALTH;**<br>**RHODE ISLAND FIRE MARSHALL**<br>*Defendants* | : | **C.A. No. 07-341ML** |

**OBJECTION OF DEFENDANT DR. MICHAEL POSHKUS TO PLAINTIFF'S MOTION FOR AN INJUNCTION VERSE (sic) DEFTS BOYD AND POSHKUS FOR INICIATING (sic) RETALIATION FOR THIS CIVIL ACTION**

Now comes defendant Dr. Michael Poshkus and hereby objects to Plaintiff's Motion for an Injunction Verse (sic) Defts Boyd and Poshkus for Iniciating (sic) Retaliation for this Civil Action. This defendant submits the attached Memorandum of Law in support of his Objection. This Objection is filed solely to protect Dr. Poshkus' interests, if any, in this matter. This defendant has filed a Motion to Dismiss for the plaintiff's failure to timely serve the summons and Complaint.

Defendant, Michael Poshkus, M.D.
By his attorneys,

**RATCLIFFE BURKE HARTEN & ELIAS, LLP**

/s/ Jay M. Elias

Jay M. Elias, Esquire (#3050)
1600 Financial Plaza
Providence, RI 02903
401.331.3400 401.331.3440 [Fax]
E-Mail: jelias@rbhelaw.com

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 28th day of March, 2008, to the following:

***Legal Mail/Confidential***
Mr. Jirah Eric Kelley, ID #96357
Box 8274
ACI Medium
Cranston, RI 02920

/s/ Jay M. Elias

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JIRAH ERIC KELLEY** *Plaintiff* | : | |
| **v.** | : | **C.A. No. 07-341ML** |
| **GOVERNOR DONALD CARCIERI; DIRECTOR A.T. WALL; WARDEN JAMES WEEDEN; WARDEN BOYD; DR. MICHAEL POSHKUS; RHODE ISLAND BOARD OF HEALTH; RHODE ISLAND FIRE MARSHALL** *Defendants* | : | |

**MEMORANDUM IN SUPPORT OF DEFENDANT DR. MICHAEL POSHKUS' OBJECTION TO PLAINTIFF'S MOTION FOR AN INJUNCTION VERSE (sic) DEFTS BOYD AND POSHKUS FOR INICIATING (sic) RETALIATION FOR THIS CIVIL ACTION**

Defendant Dr. Michael Poshkus hereby submits this Memorandum of Law in Support of his Objection to Plaintiff's Motion for an Injunction Verse (sic) Defts Boyd and Poshkus for Iniciating (sic) Retaliation for this Civil Action. The underlying Objection is filed solely to protect Dr. Poshkus' interests, if any, in this matter. This defendant has filed a Motion to Dismiss for the plaintiff's failure to timely serve the summons and Complaint

**ARGUMENT**

Jirah Eric Kelley (the "Plaintiff") has filed a motion requesting that this Court order an injunction in his favor, as a result of certain actions that this defendant has allegedly taken. The Plaintiff alleges that these actions include: (1) punitive segregation; (2) confiscation of Plaintiff's legal documents; (3) denial of law library access; and (4) denial of mental health treatment.

In order to obtain preliminary injunctive relief, a party has "the burden of showing (1) a likelihood of success on the merits; (2) that they would suffer irreparable injury if injunctive relief were not issued; (3) that such injury outweighs any harm that would stem from granting injunctive relief; and (4) that the public interest weighs in their favor." R.I. Dep't of Largess v. Supreme Judicial Court, 373 F.3d 219 (1st Cir. 2004); see also Envtl. Mgmt. v. United States, 304 F.3d 31, 45 (1st Cir. 2002).

In this instant, there is no likelihood of the Plaintiff succeeding on the merits. There is simply no factual justification to support Plaintiff's claim that Dr. Poshkus is engaging in any of the above behavior.

WHEREFORE, Defendant Dr. Michael Poshkus respectfully submits that Plaintiff's Motion for an Injunction Verse (sic) Defts Boyd and Poshkus for Iniciating (sic) Retaliation for this Civil Action should be denied.

Defendant, Michael Poshkus, M.D.

By his attorneys,

**RATCLIFFE BURKE HARTEN & ELIAS, LLP**

/s/ Jay M. Elias

Jay M. Elias, Esquire (#3050)
1600 Financial Plaza
Providence, RI 02903
401.331.3400 401.331.3440 [Fax]
E-Mail: jelias@rbhelaw.com

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 28th day of March, 2008, to the following:

***Legal Mail/Confidential***
Mr. Jirah Eric Kelley, ID #96357
Box 8274
ACI Medium
Cranston, RI 02920

/s/ Jay M. Elias