**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JIRAH ERIC KELLEY** | : | |
| ***Plaintiff*** | : | |
| | : | |
| **v.** | : | **C.A. No. 07-341ML** |
| | : | |
| **GOVERNOR DONALD CARCIERI;** | : | |
| **DIRECTOR A.T. WALL;** | : | |
| **WARDEN JAMES WEEDEN;** | : | |
| **WARDEN BOYD;** | : | |
| **DR. MICHAEL POSHKUS;** | : | |
| **RHODE ISLAND BOARD OF HEALTH;** | : | |
| **RHODE ISLAND FIRE MARSHALL** | : | |
| ***Defendants*** | | |

**DEFENDANT DR. MICHAEL POSHKUS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME AS TO ORDER OF COMPLIANCE WITH DISCOVERY**

Now comes defendant Dr. Michael Poshkus and hereby objects to Plaintiff's Motion for Extension of Time as to Order of Compliance with Discovery. This defendant relies on the Memorandum of Law submitted in connection with his previously filed Objection to Plaintiff's Motion for Extension of Time as to Order of Compliance with Discovery. To the extent that there is any confusion as to which motions have been objected to, this defendant submits that it has been difficult to respond to the plaintiff's motions due to their repetitive nature and similar titles. This Objection is filed solely to protect Dr. Poshkus' interests, if any, in this matter. This defendant has filed a Motion to Dismiss for the plaintiff's failure to timely serve the summons and Complaint.

Defendant, Michael Poshkus, M.D.
By his attorneys,

**RATCLIFFE BURKE HARTEN & ELIAS, LLP**

/s/ Jay M. Elias
________________________________

Jay M. Elias, Esquire (#3050)
1600 Financial Plaza
Providence, RI 02903
401.331.3400 401.331.3440 [Fax]
E-Mail: jelias@rbhelaw.com

## CERTIFICATION

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 31st day of March, 2008, to the following:

***Legal Mail/Confidential***
Mr. Jirah Eric Kelley, ID #96357
Box 8274
ACI Medium
Cranston, RI 02920

/s/ Jay M. Elias
________________________________

*Obj. to P's 2nd Motion for an Extension of Time*