U.S. District Court
of Rhode Island

Kelley # 07-341 ML
v.
Carcieri

plaintiffs Motion
for enlargement
of time.

Now Comes the (Pro se) plaintiff pursuant to fed. R. Civ. P. 6(B) and request extension of time to serve summons and a copy of the complaint on each defendant. The plaintiff (Never) received summons from this honorable court. Plaintiff request a 60 day extension.

Jinah Kelley
3/26/08

Certificate of Service
I sent good faith by regular mail on the only counsel on record. JEK 3/26/08
by regular mail

U.S. District Court
of R. I.

Kelley
v.
Carcieri

Affidavit
In Support of
Motion to Enlarge
time for Summons.

I Jirah Kelley, here-by depose, state and assert strongly that I never received summons to serve the defendants, because counsel Jay Elias appeared I (thought) notice was given, or the magistrate was going to rule which parties stay partial summary judgement.

Truthfully Deposed
Jirah Kelley
3/26/08