**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JIRAH ERIC KELLEY** | : | |
| ***Plaintiff*** | : | |
| | : | |
| **v.** | : | **C.A. No. 07-341ML** |
| | : | |
| **GOVERNOR DONALD CARCIERI;** | : | |
| **DIRECTOR A.T. WALL;** | : | |
| **WARDEN JAMES WEEDEN;** | : | |
| **WARDEN BOYD;** | : | |
| **DR. MICHAEL POSHKUS;** | : | |
| **RHODE ISLAND BOARD OF HEALTH;** | : | |
| **RHODE ISLAND FIRE MARSHALL** | : | |
| ***Defendants*** | | |

**DEFENDANT DR. MICHAEL POSHKUS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME**

Now comes defendant Dr. Michael Poshkus and hereby objects to Plaintiff's Motion for Enlargement of Time. This defendant submits the attached Memorandum of Law in support of his Objection. This Objection is filed solely to protect Dr. Poshkus' interests, if any, in this matter. This defendant has filed a Motion to Dismiss for the plaintiff's failure to timely serve the summons and Complaint.

Defendant, Michael Poshkus, M.D.
By his attorneys,

**RATCLIFFE BURKE HARTEN & ELIAS, LLP**

/s/ Jay M. Elias

Jay M. Elias, Esquire (#3050)
1600 Financial Plaza
Providence, RI 02903
401.331.3400 401.331.3440 [Fax]
E-Mail: jelias@rbhelaw.com

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 7th day of April, 2008, to the following:

***Legal Mail/Confidential***
Mr. Jirah Eric Kelley, ID #96357
Box 8274
ACI Medium
Cranston, RI 02920

/s/ Jay M. Elias

---

*Obj. to P's Motion for Enlargement of Time*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JIRAH ERIC KELLEY** *Plaintiff* | : | |
| | : | |
| **v.** | : | **C.A. No. 07-341ML** |
| | : | |
| **GOVERNOR DONALD CARCIERI;** | : | |
| **DIRECTOR A.T. WALL;** | : | |
| **WARDEN JAMES WEEDEN;** | : | |
| **WARDEN BOYD;** | : | |
| **DR. MICHAEL POSHKUS;** | : | |
| **RHODE ISLAND BOARD OF HEALTH;** | : | |
| **RHODE ISLAND FIRE MARSHALL** *Defendants* | : | |

**MEMORANDUM IN SUPPORT OF DEFENDANT DR. MICHAEL POSHKUS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME**

Defendant Dr. Michael Poshkus hereby submits this Memorandum of Law in Support of his Objection to Plaintiff's Motion for Enlargement of Time. The underlying Objection is filed solely to protect Dr. Poshkus' interests, if any, in this matter. This defendant has filed a Motion to Dismiss for the plaintiff's failure to timely serve the summons and Complaint.

**ARGUMENT**

Jirah Eric Kelley (the "Plaintiff") has filed a motion requesting an extension of time to serve a summons and the Complaint on each named defendant. Plaintiff's request is made pursuant to Federal Rule of Civil Procedure 6(b). In support of his motion, the Plaintiff alleges that he did not receive the summons from the Court.

Rule 6(b) provides, in pertinent part, that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time ....... on motion made after the time has expired if the party failed to act because of excusable neglect." Fed. R. Civ. P. 6(b)(1).

In determining whether excusable neglect exists, courts have considered the danger of prejudice to the non-movant, the length of the delay, the reason for the delay, the potential impact on the judicial proceedings, and whether the movant acted in good faith. See e.g. Adams v. Travelers Indemnity Co., 465 F.3d 156 (5th Cir. 2006). As a justification for failing to effectuate service, the Plaintiff alleges that he never received the summons from the Court. While it is not certain what facts the Plaintiff is basing this allegation on, it is clear that the Plaintiff has a duty to ensure that proper service is timely made on any named defendant. The Complaint in this matter was filed almost seven months ago, affording the Plaintiff ample time to inquire as to the status of the summons, if indeed he did not receive it from the Court. It appears that the Plaintiff failed to make any such inquiry. As a result, this defendant was never served with any summons or the Complaint.

WHEREFORE, Defendant Dr. Michael Poshkus respectfully submits that Plaintiff's Motion for Enlargement of Time should be denied.

Defendant, Michael Poshkus, M.D.

By his attorneys,

**RATCLIFFE BURKE HARTEN & ELIAS, LLP**

/s/ Jay M. Elias

Jay M. Elias, Esquire (#3050)
1600 Financial Plaza
Providence, RI 02903
401.331.3400 401.331.3440 [Fax]
E-Mail: jelias@rbhelaw.com

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 7th day of April, 2008, to the following:

***Legal Mail/Confidential***
Mr. Jirah Eric Kelley, ID #96357
Box 8274
ACI Medium
Cranston, RI 02920

/s/ Jay M. Elias

______________________________