# United States District Court

DISTRICT OF

Kelley
V.
Carcieri

FILED
MAY 0 2 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

#07-341-ML

Plaintiffs Motion for a Re-draft/ Refiling of the litigation.

The defendant (Poshkus) seeks to have the case dismissed because of the oversight of the court to furnish plaintiff with copies of the complaint and waiver of summons via institutional mail.

The plaintiff conceeds, requesting that the court order dismissal without Predjudice* and further order that plaintiff can re-draft the suit, add parties, case law, and serve all defendants via waiver of summons by institutional mail (under the same informa pauperis status)

Respectfully;
Jinah Kelley
~~4/~~
~~4/~~
4/24/08

3 x's tried to get copies.

*w/o predjudice and no court costs.

FILED
MAY 02 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

# Certificate of Service

I sent a word for word reading of the motion because Lt. Jankowski has denied Segregation law clerks, and he has already with held, thrown away, confiscated (3) three motions / injunctions for copies to this court. (see Affidavit on record)

In good faith Atty Elias received said dictation and request to check the docket.

Jinah Eric Kelley
4/24/08