**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JIRAH ERIC KELLEY** | : | |
| ***Plaintiff*** | : | |
| | : | |
| **v.** | : | **C.A. No. 07-341ML** |
| | : | |
| **GOVERNOR DONALD CARCIERI;** | : | |
| **DIRECTOR A.T. WALL;** | : | |
| **WARDEN JAMES WEEDEN;** | : | |
| **WARDEN BOYD;** | : | |
| **DR. MICHAEL POSHKUS;** | : | |
| **RHODE ISLAND BOARD OF HEALTH;** | : | |
| **RHODE ISLAND FIRE MARSHALL** | : | |
| ***Defendants*** | | |

**DEFENDANT DR. MICHAEL POSHKUS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR A RE-DRAFT/REFILING (*sic*) OF THE LITIGATION**

Now comes defendant Dr. Michael Poshkus and hereby objects to Plaintiff's Motion for a Re-draft/Refiling (*sic*) of the Litigation. This defendant submits the attached Memorandum of Law in support of his Objection. This Objection is filed solely to protect Dr. Poshkus' interests, if any, in this matter. This defendant has filed a Motion to Dismiss for the plaintiff's failure to timely serve the summons and Complaint.

Defendant, Michael Poshkus, M.D.
By his attorneys,

**RATCLIFFE BURKE HARTEN & ELIAS, LLP**

/s/ Jay M. Elias

Jay M. Elias, Esquire (#3050)
1600 Financial Plaza
Providence, RI 02903
401.331.3400 401.331.3440 [Fax]
E-Mail: jelias@rbhelaw.com

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 6th day of May, 2008, to the following:

***Legal Mail/Confidential***
Mr. Jirah Eric Kelley, ID #96357
Box 8274
ACI Medium
Cranston, RI 02920

/s/ Jay M. Elias

*Obj. to P's Motion for a Re-Draft*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **JIRAH ERIC KELLEY** | : | |
| ***Plaintiff*** | : | |
| | : | |
| **v.** | : | **C.A. No. 07-341ML** |
| | : | |
| **GOVERNOR DONALD CARCIERI;** | : | |
| **DIRECTOR A.T. WALL;** | : | |
| **WARDEN JAMES WEEDEN;** | : | |
| **WARDEN BOYD;** | : | |
| **DR. MICHAEL POSHKUS;** | : | |
| **RHODE ISLAND BOARD OF HEALTH;** | : | |
| **RHODE ISLAND FIRE MARSHALL** | : | |
| ***Defendants*** | | |

**MEMORANDUM IN SUPPORT OF DEFENDANT DR. MICHAEL POSHKUS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR A RE-DRAFT/REFILING (*sic*) OF THE LITIGATION**

Defendant Dr. Michael Poshkus hereby submits this Memorandum of Law in Support of his Response in Opposition to Plaintiff's Motion for a Re-draft/Refiling (*sic*) of the Litigation. The underlying Objection is filed solely to protect Dr. Poshkus' interests, if any, in this matter. This defendant has filed a Motion to Dismiss for the plaintiff's failure to timely serve the summons and Complaint.

**ARGUMENT**

Jirah Eric Kelley (the "Plaintiff") has filed a motion requesting that the Court order dismissal of this action without prejudice and that the Court further order "that the plaintiff can re-draft the suit, add parties, add case law, and serve all defendants via waiver of summons by institutional mail." Defendant Dr. Michael Poshkus objects to this request in part. This defendant does not object to the dismissal of this action. This defendant filed a Motion to

Dismiss on March 25, 2008 for Plaintiff's failure to effectuate service of the summons and Complaint within one-hundred and twenty (120) days after the Complaint was filed, as required by Federal Rule of Civil Procedure 4(m). The Plaintiff has not objected to the Motion to Dismiss.

Defendant Dr. Michael Poshkus does, however, object to Plaintiff's request to "re-draft" the suit and serve Dr. Poshkus with the Complaint. As stated in previous memoranda, the Plaintiff has a duty to ensure that proper service is timely made on any named defendant. It has now been nearly eight months since the Complaint in this matter was filed. If the Plaintiff did not receive a copy of the Complaint and waiver of summons as he alleges, he has nonetheless had ample time to inquire as to the status of these documents. The Plaintiff should not now be permitted to commence this litigation anew.

WHEREFORE, Defendant Dr. Michael Poshkus respectfully submits that Plaintiff's Motion for a Re-draft/Refiling (*sic*) of the Litigation should be denied.

Defendant, Michael Poshkus, M.D.

By his attorneys,

**RATCLIFFE BURKE HARTEN & ELIAS, LLP**

/s/ Jay M. Elias

Jay M. Elias, Esquire (#3050)
1600 Financial Plaza
Providence, RI 02903
401.331.3400 401.331.3440 [Fax]
E-Mail: jelias@rbhelaw.com

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed, postage prepaid, on this 6th day of May, 2008, to the following:

***Legal Mail/Confidential***
Mr. Jirah Eric Kelley, ID #96357
Box 8274
ACI Medium
Cranston, RI 02920

/s/ Jay M. Elias

---

*Memo in Support of Obj. to P's Motion for a Re-Draft*