UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JIRAH ERIC KELLEY

V. C. A. NO. 07-341 ML

GOVERNOR DONALD CARCIERI;
DIRECTOR A. T. WALL;
WARDEN JAMES WEEDEN;
WARDEN STEPHEN BOYD;
DR. MICHAEL POSHKUS;
RHODE ISLAND BOARD OF HEALTH;
RHODE ISLAND FIRE MARSHAL

DEFENDANTS A. T. WALL, JAMES WEEDEN
AND STEPHEN BOYD'S MOTION TO DISMISS

Now come Defendants A. T. Wall, II, James Weeden and Stephen Boyd and make a special appearance, by and through their Counsel, for the exclusive purpose of moving this Honorable Court for dismissal of the Plaintiff's complaint pursuant to F.R.Civ.P. 12(b)(5) as and for the reasons proffered in the accompanying Memorandum.

DEFENDANTS,
By Their Attorney,

/S/ Michael B. Grant

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864

CERTIFICATION

The undersigned hereby certifies that on this, the 13th day of March, 2008, I mailed a true copy of the within Defendants A. T. Wall, James Weeden and Stephen Boyd's Motion To Dismiss and accompanying Memorandum to Jirah Eric Kelley, P. O. Box 8274, Cranston, R. I. 02920.

/S/ Michael B. Grant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JIRAH ERIC KELLEY

V. C. A. NO. 07-341 ML

GOVERNOR DONALD CARCIERI;
DIRECTOR A. T. WALL;
WARDEN JAMES WEEDEN;
WARDEN STEPHEN BOYD;
DR. MICHAEL POSHKUS;
RHODE ISLAND BOARD OF HEALTH;
RHODE ISLAND FIRE MARSHAL

MEMORANDUM

Plaintiff, Jirah Eric Kelley, Pro Se, filed the instant action with this Honorable Court naming as Defendants A. T. Wall, II, Director of the Department of Corrections, James Weeden, Warden of the High and Maximum Security facilities, and Stephen Boyd, Warden of the Medium secured facility. These three (3) Defendants, however, have never been served, by any means, with a copy of the complaint or summons.

Federal Rule of Civil Procedure 4(m) requires that plaintiff serve a defendant within one hundred twenty (120) days after the filing of the complaint, or the action is subject to dismissal. The Plaintiff, since filing the complaint on September 11, 2007, has allowed more than seven (7) months to pass without attempting to properly serve these Defendants. According to Defendants Wall, Weeden and Boyd, they never received a copy of the complaint, summons or a request to waive formal service.

Accordingly, in light of the fact that Plaintiff has failed to properly serve the instant moving Defendants, they urge that Plaintiff's complaint be dismissed.

Respectfully submitted,
/S/ Michael B. Grant

Michael B. Grant
Deputy Chief Legal Counsel
R. I. Department of Corrections
40 Howard Avenue
Cranston, Rhode Island 02920
Bar No. 3864