**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JIRAH ERIC KELLEY**

**v.** **C.A. NO. 07- 341 ML**

**GOVERNOR DONALD CARCIERI,**
**DIRECTOR A. T. WALL,**
**WARDEN JAMES WEEDEN,**
**WARDEN BOYD,**
**DR. MICHAEL POSHKUS,**
**RHODE ISLAND BOARD OF HEALTH,**
**RHODE ISLAND FIRE MARSHAL**

# REPORT AND RECOMMENDATION

Jacob Hagopian, Senior United States Magistrate Judge.

*Pro se* plaintiff, Jirah Eric Kelley, an inmate detained at the Adult Correctional Institutions in Cranston, Rhode Island, filed the instant action on September 11, 2007 complaining about the conditions of his confinement. Presently before the Court are two dispositive motions. First is plaintiff's motion, filed on May 2, 2008, entitled "Motion for a Re-draft/Refilng of the litigation" (Docket # 46). In this motion, plaintiff requests the Court dismiss his action, presumably pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure regarding voluntary dismissal of actions. No objections have been filed to plaintiff's request for dismissal. Second is a motion filed by defendant Dr. Michael Poshkus to dismiss for insufficiency of service of process (Docket # 37). No objections have been filed to this motion. Plaintiff's motion has been referred to me for determination and defendant Dr. Poshkus's motion has been referred to me for a report and

recommendation pursuant to 28 U.S.C. § 636(b)(1)(B). Since I have concluded that both motions are dispositive, they are both addressed by way of this Report and Recommendation. For the reasons that follow, I recommend that both motions be **GRANTED** and the action be dismissed.

## I. Motion For Voluntary Dismissal Pursuant to Rule 41(a)(2)

As plaintiff concedes in his motion, he failed to serve the defendants in this case within 120 days from the date the complaint was filed, as required by Rule 4(m) of the Federal Rules of Civil Procedure. In fact, over seven months elapsed between plaintiff's filing of the complaint and the filing of his instant motion. Plaintiff thus voluntarily requests dismissal of his action.

Federal Rule of Civil Procedure 41(a)(2) provides that a court has discretion to order the dismissal of an action at the plaintiff's request. Accordingly, I recommend that plaintiff's motion for voluntary dismissal be **GRANTED** and, pursuant to plaintiff's request, this action be dismissed.

## II. Dr. Poshkus's Motion to Dismiss For Insufficiency of Service of Process

Additionally, defendant Dr. Poshkus has filed a motion to dismiss for insufficiency of service of process pursuant to Rule 12(b)(5) of the Federal Rules of Civil Procedure. Plaintiff has conceded that he did not serve process on Dr. Poshkus as required under Rule 4(m) and has not objected to Dr. Poshkus's instant motion. Additionally, plaintiff's motion to enlarge time to serve process on all defendants (Docket # 44) was denied in an Order dated May 19, 2008. Accordingly, I recommend that Dr. Poshkus's motion to dismiss be **GRANTED**.

Any objection to this Report and Recommendation must be specific and must be filed with the Clerk of Court within ten days of its receipt. Fed R. Civ. P. 72(b); LR Cv 72(d). Failure to filed timely, specific objections to this report constitutes waiver of both the right to review by the district court and the right to appeal the district court's decision. United States v. Valencia-Copete, 792 F.2d 4 (1st Cir. 1986) (per curiam); Park Motor Mart, Inc. v. Ford Motor Co., 616 F.2d 603 (1st Cir. 1980).

Jacob Hagopian
Senior United States Magistrate Judge
May 20, 2008