United States District
Court of Rhode
Island

Kalloy
v.
Carcieri

#07-341-ML

Plaintiffs Opposition
To R.I.D.O.C.
Motions To Dismiss.

Now Comes the plaintiff in the above captioned matter and opposes the defents: Wall, Warden & Boyd's motion to dismiss for the following reasons:

1) The court failed to provide summons for service. Plaintiff cannot be punished for the courts oversight, duty and obligatory provisions of civil rules. (Plaintiff has no control over when the court sends official summons.)

2) Defendants were well aware of the litigation and failed to offer any responsive Pleading

3) The defendants are currently retaliating because of this litigation. and a dismissal places Plaintiffs safety and Sanity at risk without any Court matter to seek relief or request an injunction.

See Memorandum In Support

# Memorandum In Support.

## 1) The Court failed To Provide Summons.

The defendants (Only) claim to support a dismissal is the Plaintiffs failure to serve summons.

Rule 4(m) FRCiv.P. Provides Service of Summons. this is contingent upon the Court providing the summons. The court has the obligation of Providing Summons. the Plaintiff does not have to inquire to Court as to what the delay is. (the court is very busy) and Pro'se inmates have learned to wait years for resolutions, responces, oppositions and (COURT Documents)

a) Defendants were well aware of the litigation. (Atty. Jay Elias), who represents Deft. Dr. Poshkus has sent a copy of <u>every</u> Pleading to Atty. Micheal Grant for those defendants. Those defendants have <u>ignored</u> this entire litigation, there-by hindering, delaying and by obstructive procrastination with an evil evil eye.

Based on the defendants failure to offer any responsive ~~Plea~~ Pleading the court should impose partial summary judgement, ($ 3,500.00) or Judgement by default ($ 35,000.00)

3) The defendant are torturing this plaintiff because of this litigation. In Medium Security Segregation Plaintiff was denied law library access for 4 months. And given freezing cold shower's that were unbearable. Then plaintiff was sent to maximum security where officers in the Prudence Unit (Stockler & Benivides) have continued to harass and abuse daily at the time of this opposition. Plaintiff wrote to the Director (deft. A.T. Wall) and (R.I.D.O.C. Internal Affairs) but nobody has intervened. the plaintiff is experiencing, but not limited to the following abuses of power;

3 continued >

Plaintiff has been placed on "loss of all priveledges." because c/o Stockler (lied) and said plaintiff didn't stand for count. Plaintiff has lost more then priveledges he is being denied the (right) to go the law library although he is still in Population (not segregation) No religious services attendance, these defendents have ~~taking~~ taken away the plaintiffs most Sanctimonious (rights.)

Stockler has called plaintiff a "darky" a civil rights violation & criminal offense.

7)

C/o Benevides tells plaintiff daily, (everytime) he sees him, "Pull up your pants, tuck in your shirt, walk a straight line.....

and; Your gonna be our bitch, now write the Director about that" when handing out the mail he stated (upon seeing the Directors lable) "fuck him & you "Boy". This plaintiff is afro american and is daily being racially attacked.

Plaintiff is living in constant fear and more retalitory Punishment and sanctions. The plaintiff has provided this court with extensive proof of his mental illnesses. (he is in mental distraught)

8) If those defendants are doing this <u>during</u> litigation, what will they do after a dismissal!?

The plaintiff has wrote the F.B.I. (again no response).

A dismissal will send the message that the court will dismiss a case because of its own failure to adheed to policy, rules (sending plaintiff a summons) and then having information about retalitury abuse, racial attacks, and unwarranted mental torture and taking no action to prevent such sadistic behavior.

3) continued.

# Prayer for Justice

This plaintiff requests that:

1) the U.S. marshalls serve each defendant with summons & a copy of the complaint.

2) An Injunction to stop the abusive, racial, retalitory behavior. (A court hearing) with; A.T. Wall, warden weeden, Jake Gadsden, warden Boyd nurse Digudlio, c/o Stockler, c/o Benevides, all present and part of a evidentiary hearing with testimony & under oath examinations to determine the probale cause to warrant said injunction (for protection)

Pg. #10

Plaintiff requests
appointment of
counsel (ACLU)

Pro Se (and currently oppressed)

Jirah Eric Kelley
(Jirah Eric
Kelley)
Box 8273
maxium (ACI)
Cranston, R.I. 02920

<Certificate>

I sent a good faith request for Micheal Grant who represents the defendants to obtain a copy of this motion. The defendants will not let the plaintiff go to the law library or make copies.

Truly deposed Jirah Kelley
5/16/08

# Affidavit Of
# Jirah Kelley

I Jirah Kelley the Plaintiff in action # 07-341-ML here-by depose the following is true & accurate;

1) I am on loss of all priveledges, but not in segregation. I go to the dining room with the inmate population, but I am not allowed to go to the law library or religious services.

2) I am fearful for my safety and further retalitory racial abuse from C/o Stockler, and Beneuides.

Under the pains & penalties of Perjury

Jirah Eric Kelley

5/16/08