UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JIRAH ERIC KELLEY

v. CA 07-341 ML

GOVERNOR DONALD CARCIERI,
DIRECTOR A.T. WALL,
WARDEN JAMES WEEDEN,
WARDEN BOYD,
DR. MICHAEL POSHKUS,
RHODE ISLAND BOARD OF HEALTH,
RHODE ISLAND FIRE MARSHAL

MEMORANDUM AND ORDER

This matter is before the Court on two Reports and Recommendations issued by Senior Magistrate Judge Hagopian on May 19, and 20, 2008. Because this Court adopts that portion of the Report and Recommendation issued on May 20, 2008 that recommends granting Plaintiff's motion for voluntary dismissal (docket entry #46), all other motions that were the subject of the Reports and Recommendations (docket entries # 32, 36, 37, 38, 39) are hereby denied as moot.

The Complaint is dismissed pursuant to Fed. R. Civ. P. 41(9a)(2).

SO ORDERED:

Mary M. Lisi
Mary M. Lisi
Chief United States District Judge
June 12, 2008