# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**JIRAH ERIC KELLEY**

**Vs.** **C.A. NO. 07-341ML**

**GOVERNOR DONALD CARCIERI, DIRECTOR A.T. WALL, WARDEN JAMES WEEDEN, WARDEN BOYD DR. MICHAEL POSHKUS RHODE ISLAND BOARD OF HEALTH and RHODE ISLAND FIRE MARSHAL**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[x ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Judgment shall enter for the defendants, Governor Donald Carcieri, Director A.T. Wall, Warden James Weeden, Warden Boyd, Dr. Michael Poshkus, Rhode Island Board of Health and Rhode Island Fire Marshal, against the plaintiff, Jirah Eric Kelley, pursuant to the Memorandum and Order dated June 12, 2008 GRANTING Plaintiff's Motion for Voluntary Dismissal.**

Enter:

Barbara Barletta

Deputy Clerk

DATED: June 12, 2008